UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL J. JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 20-cv-722-JPG |

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying Plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Michael J. Johnson.

**DATED:**  April 6, 2022

                                                                  **Monica A. Stump,**
                                                                  **Clerk of Court**

                                                                  **BY: s/Tina Gray,**
                                                                              **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**